UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO HERRING ASSOCIATION, et al.,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC COMPANY, et al.,

    Defendants.

Case No.  14-cv-04393-WHO

**ORDER STAYING DISCOVERY**

    In order to facilitate settlement discussions, discovery in this case is stayed until further order of the Court.

    **IT IS SO ORDERED**.

Dated: February 25, 2015



WILLIAM H. ORRICK  
United States District Judge