STUART G. GROSS (#251019)
sgross@gross-law.com
Daniel C. Goldberg (#287923)
dgoldberg@gross-law.com
**GROSS LAW, P.C.**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO HERRING ASSOCIATION**; and **DAN CLARKE**,<br><br>Plaintiffs,<br>v.<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**; and **PG&E CORPORATION**,<br><br>Defendants. | Case No. 14-4393 (WHO)<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE;
Case No. 14-4393 (WHO)

WHEREAS, a further Case Management Conference is currently scheduled for July 7, 2015 at 2:00 p.m.;

WHEREAS, oral argument has been scheduled for July 7, 2015 in an appeal before the Ninth Circuit in which lead counsel for Plaintiffs in this matter is lead counsel for the appellees;

WHEREAS, the schedule in this case was previously modified to extend the deadline for Defendants' response to the Complaint, Dkt. No. 7, provide Plaintiffs leave to file a First Amended Complaint and Defendant's answer thereto, Dkt. No.49, as well as, to continue the next settlement conference from May 27, 2015 to June 11, 2015, Dkt. No. 53;

WHEREAS, the modification of time requested herein would not otherwise affect the schedule in this case; and

WHEREAS, the undersigned counsel for Defendants has consented to the undersigned counsel for Plaintiffs signing the instant stipulation and proposed order on his behalf;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their respective counsel, pursuant to Civil Local Rule 6-2 and subject to approval by the Court that:

1. The July 7, 2015 Case Management Conference is rescheduled to June 30, 2015 at 2 p.m.

2. The deadline for submission of a further Case Management Statement is rescheduled to June 23, 2015.

Respectfully submitted,

Dated:  May 26, 2015          GROSS LAW, P.C.

By:   /s/ Stuart G. Gross
      Stuart G. Gross
      *Counsel for Plaintiffs*

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE;
Case No. 14-4393 (WHO)                                                                                               1

Dated: May 18, 2015          SEDGWICK LLP

                             By:   /s/ Scott D. Mroz
                                   Scott D. Mroz
                                   Earl L. Hagström
                                   *Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 27, 2015          By: _____
                                   The Honorable Judge William H. Orrick

GROSS LAW, P.C.
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA
94111

STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE;
Case No. 14-4393 (WHO)                                                                 2