United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-04393-WHO   (JCS)<br><br>**ORDER APPOINTING NEUTRAL TECHNICAL EXPERT** |

　　　Pursuant to paragraph 4(c)(iii) of the First Addendum to Mediated Investigation Agreement dated November 15, 2016, the Court hereby selects Robert Scofield, D. Env., M.P.H., as the Neutral Technical Expert.

　　　**IT IS SO ORDERED.**

Dated: December 7, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge