UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, et al.,<br><br>Defendants. | Case No. 14-cv-04393-WHO<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. No. 201 |

As bankruptcy proceedings have been initiated and an automatic stay imposed, this case is ADMINISTRATIVELY CLOSED and all pending motions are terminated.

Once the bankruptcy proceedings conclude, the stay is lifted, or it otherwise becomes appropriate to reopen this case, the parties shall notify the Court and the matter will be reopened and the submitted motion ruled upon.

**IT IS SO ORDERED.**

Dated: February 11, 2019

William H. Orrick
United States District Judge