STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for Plaintiff Dan Clarke*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN CLARKE,<br><br>  Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; and PG&E CORPORATION<br><br>  Defendants. | Case No. 14-cv-04393-WHO<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT, TO STRIKE AND FOR SANCTIONS AND EXTEND TIME TO FILE OPPOSITION AND REPLY THERETO; [PROPOSED] ORDER** |
JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT, TO STRIKE AND FOR SANCTIONS AND EXTEND TIME TO FILE OPPOSITION AND REPLY THERETO; [PROPOSED] ORDER; CASE NO. 14-cv-04393-WHO

# RECITALS

WHEREAS, on March 18, 2020, Clarke filed his Second Amended Complaint ("SAC");

WHEREAS, on April 1, 2020, PG&E filed a Motion to Dismiss Clarke's SAC, to Strike and For Sanctions ("Motion to Dismiss"), and set a hearing for May 7, 2020;

WHEREAS, pursuant to Local Rule 7-3, Clarke's opposition to the Motion to Dismiss would be due on April 15, 2020, and PG&E's reply would be due on April 22, 2020; and

WHEREAS, the Parties agree to a two-week extension of Clarke's time to oppose the Motion to Dismiss and a one-week extension of PG&E's time to reply; and

WHEREAS, the undersigned counsel for Defendants has consented to the undersigned counsel for Plaintiff signing the instant stipulation on his behalf.

NOW, THEREFORE, Pursuant to Civil Local Rule 6-1(b), the Parties stipulate and agree as follows, subject to the Court's approval:

# STIPULATION

1. Clarke will file his Opposition to PG&E's Motion to Dismiss on or before April 29, 2020;

2. PG&E will file its Reply in support of Motion to Dismiss on or before May 13, 2020;

3. The May 7, 2020 hearing on PG&E's Motion to Dismiss is hereby continued to May 28, 2020 at 10:30 a.m., or the Court's next available date.


DATED:  April 3, 2020                    WFBM, LLP


                                         By: _/s/ Scott D. Mroz_____
                                             SCOTT D. MROZ
                                             ATTORNEYS FOR PACIFIC GAS AND
                                             ELECTRIC COMPANY AND PG&E
                                             CORPORATION

JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT, TO STRIKE AND FOR SANCTIONS AND EXTEND TIME TO FILE OPPOSITION AND REPLY THERETO; [PROPOSED] ORDER; CASE NO. 14-cv-04393-WHO

1

DATED: April 3, 2020

GROSS & KLEIN LLP

By: _/s/ Stuart G. Gross_
STUART G. GROSS
ATTORNEYS FOR DAN CLARKE

**ORDER**

PURSUANT TO STIPULATION, as modified IT IS SO ORDERED. The hearing will be on May 27, 2020 at 2:00 p.m.

Dated: April 3, 2020

[signature]
The Honorable Judge William H. Orrick

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111