UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, et al., <br><br> Defendants. | Case No. 14-cv-04393-WHO <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME** <br><br> Re: Dkt. No. 221 |

Having considered Defendants Pacific Gas and Electric Company and PG&E Corporation (collectively, "PG&E")'s Motion to Change Time for Hearing and Briefing Pursuant to Civil Local Rule 6-3 on Plaintiff Dan Clarke's Motion for Leave to File a Third Amended Complaint (hereinafter, the "Motion"), the relevant evidence, and all arguments of the parties, I GRANT PG&E's motion.  IT IS HEREBY ORDERED THAT: The hearing on Plaintiff's Motion for Leave to File a Third Amended Complaint, currently set for May 27, 2020, is continued to July 8, 2020. The deadline to file PG&E's Opposition is extended to June 10, 2020, and the deadline to file Plaintiff's Reply is extended to June 24, 2020.

**IT IS SO ORDERED.**

Dated: May 4, 2020

William H. Orrick
United States District Judge